Human Services for review pursuant to § 2(d)(2)(C) of the Social Security Disability Benefits Reform Act of 1984.

No. D–471. IN RE DISBARMENT OF BRAULT. Disbarment entered. [For earlier order herein, see 469 U. S. 1154.]

No. D–479. IN RE DISBARMENT OF GOFFEN. Disbarment entered. [For earlier order herein, see 470 U. S. 1025.]

No. D–481. IN RE DISBARMENT OF GOLD. Disbarment entered. [For earlier order herein, see 470 U. S. 1025.]

No. D–493. IN RE DISBARMENT OF SURDUT. It is ordered that Raymond J. Surdut, of Providence, R. I., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 83–1944. JENSEN, DIRECTOR, DEPARTMENT OF MOTOR VEHICLES OF NEBRASKA, ET AL. v. QUARING. C. A. 8th Cir. [Certiorari granted, 469 U. S. 815.] Motion of petitioners for leave to file a supplemental brief after argument granted.

No. 84–1244. DAVIS ET AL. v. BANDEMER ET AL. D. C. S. D. Ind. [Probable jurisdiction noted, 470 U. S. 1083.] Motion of Mexican American Legal Defense and Educational Fund for leave to file a brief as amicus curiae granted.

No. 84–1287. LIPHETE ET AL. v. STIERHEIM ET AL. Dist. Ct. App. Fla., 3d Dist.; and
No. 84–1545. MILLER-WOHL CO., INC. v. COMMISSIONER OF LABOR AND INDUSTRY OF MONTANA ET AL. Appeal from Sup. Ct. Mont. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 84–1538. FISHER ET AL. v. CITY OF BERKELEY, CALIFOR-NIA, ET AL. Appeal from Sup. Ct. Cal. Motions of California Chamber of Commerce and Western Mobilehome Association for leave to file briefs as amici curiae granted.

No. 84–6598. KNOBLAUCH v. COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until June 10, 1985, within which to pay the docketing fee required by Rule